UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JUSTO E. ROQUE, JR.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 19-9385** |
| **DOUGLAS CROSS** | **SECTION: "G"(3)** |

### ORDER

The Court, having considered the Complaint, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file any objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the Complaint filed by Justo E. Roque, Jr. against Defendant, Douglas Cross, D.D.S., is **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

**NEW ORLEANS, LOUISIANA**, this  12th  day of June, 2019.

_____
**NANNETTE JOLIVETTE BROWN**
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**